

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ESTABAN QUEJNAY-SANAN,

Petitioner,

v.

WARDEN OF IMPERIAL REGIONAL DETENTION FACILITY, et al.,

Respondents.

Case No.:  26-cv-2918-RSH-SBC

**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT AND SETTING BRIEFING SCHEDULE**

[ECF No. 2]

Petitioner, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, along with a Motion to Proceed *In Forma Pauperis* ("IFP"). ECF Nos. 1, 2. Petitioner, however, has also paid the required $5.00 filing fee. *See* ECF No. 1-3. Thus, because the filing fee has been paid, the Court **DENIES** the IFP motion (ECF No. 2) as moot.

//

//

//

//

1

26-cv-2918-RSH-SBC

Accordingly, the Court  sets the briefing schedule by adopting the Standard Procedures for this Immigration Habeas Petition from Chief Judge Order No. 144, which is available on the Court's website.

**IT IS SO ORDERED.**

Dated: May 19, 2026

Hon. Robert S. Huie
United States District Judge

26-cv-2918-RSH-SBC