

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN GERONIMO QUEJNAY-SANAN,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>WARDEN, Imperial Regional Detention Facility, et al.,<br><br>　　　　　　　　　Respondents. | Case No.:  26-cv-2918-RSH-SBC<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>[ECF No. 3] |

On May 8, 2026, petitioner Esteban Geronimo Quejnay-Sanan filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner contends that his immigration detention without a bond hearing pending removal proceedings has become unduly prolonged in violation of the due process clause. *Id.* at 2, 6, 9–14. Petitioner requests his immediate release or alternatively a bond hearing where the government bears the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a flight risk. *Id.* at 15–17, 18.

On May 26, 2026, Respondents filed a return that does not oppose Petitioner's request. ECF No. 6 at 1–2.

//

1

26-cv-2918-RSH-SBC

Accordingly, the Petition is **GRANTED** as follows. The government is directed to arrange a bond hearing for petitioner Esteban Geronimo Quejnay-Sanan before an immigration court within *fourteen (14) days* of this order, at which the government bears the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight. The Court declines to order Petitioner's immediate release or additional relief, as the Petition does not set forth an adequate legal basis for such relief.

In light of the disposition above, Petitioner's motion to appoint counsel [ECF No. 3] is **DENIED** as moot.

**IT IS SO ORDERED**.

Dated: May 26, 2026

Hon. Robert S. Huie
United States District Judge

26-cv-2918-RSH-SBC