

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Esteban - Geronimo, Quejnay - Sanan | **Civil Action No.**  26-cv-02918-RSH-SBC |
| **Plaintiff,** | |
| **V.** | |
| See attached | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition is GRANTED. The case is hereby closed.

**Date:**          6/22/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Cortez

A. Cortez, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 26-cv-02918-RSH-SBC

Warden of lmperial Regional Detention Facility; Current or Acting Field Office Director - San Diego Field Office; United States lmmigration and Customs Enforcement; Current or Acting Director, United States Immigration and Customs Enforcement; Immigration and Customs Enforcement; Current or Acting Secretary; United States Department of Homeland Security; Current or Acting United States Attorney General